UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOVAN SAUL SOLIS, | § |
| *Plaintiff,* | § § § |
| VS. | § § CIVIL ACTION NO. 4:25-CV-03104 |
| JOHN DOE, | § § § |
| *Defendant.* | § |

## MEMORANDUM ORDER

Pending before this Court in the above-referenced proceeding is Plaintiff Jovan Saul Solis's ("Plaintiff") Motion for Protective Order (Doc. No. 12) and Motion for Appointment of Counsel (Doc. No. 13). The recommended ruling in Magistrate Judge Bray's Report and Recommendation (Doc. No. 14) would resolve both of these motions by dismissing the case for improper service if adopted by this Court. No parties filed objections to the Report and Recommendation. After a review of the filings, the applicable law, and Judge Bray's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation and hereby **DISMISSES** this case without prejudice.

It is so ordered.

Signed on this the 4th day of February 2026.

_____
Andrew S. Hanen
United States District Judge